IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Sky D. Stoodt, | Case No: 3:23-cv-0052 |
| Plaintiff, | Judge James G. Carr |
| v. | Magistrate Judge Thomas M. Parker |
| Commissioner of Social Security, | **Order** |
| Defendant. | |

This is an appeal from the denial of Social Security benefits of Plaintiff, Sky D. Stoodt. I referred the Complaint to Magistrate Judge Thomas M. Parker for the filing of a Report & Recommendation, which the Magistrate Judge has filed (Doc. 12). In the Report & Recommendation, the Magistrate Judge has duly notified the parties of the deadline for filing objections. Defendant, the Acting Commissioner of Social Security, filed a Response, stating Defendant will not be filing objections to the Magistrate Judge's Report. (Doc. 14).

On *de novo* review, I find the Report & Recommendation well-taken in all respects.

Accordingly, it is hereby

**ORDERED THAT:** the Magistrate Judge's Report & Recommendation (Doc. 12) be, and the same hereby is, adopted as the Order of this Court, and Defendant's final decision denying Plaintiff's application for disability insurance benefits and supplemental security income be vacated and that case be remanded for further consideration consistent with the opinion of the Magistrate Judge.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge